IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.* *Defendants*. | Case No. 25-cv-3200-JEB |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Strike the Complaint, and for the reasons stated in Plaintiff's Opposition, it is hereby

ORDERED that Defendants' motion is DENIED; and it is further

ORDERED that Defendants shall file an Answer to Plaintiff's Complaint within ten (10) days of this Order.

SO ORDERED:

Date: _____          _____
                                                        Hon. James E. Boasberg
                                                        United States District Judge