UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN OVERSIGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE,** *et al.*,<br><br>Defendants. | Civil Action No. 25-3200 (JEB) |

### ORDER

On September 15, 2025, Plaintiff American Oversight filed this Freedom of Information Act suit against the Department of Justice and Federal Bureau of Investigation.  See ECF No. 1 (Compl.).  Defendants now move the Court to strike the first 22 paragraphs under Federal Rule of Civil Procedure 12(f) as "referenc[ing] entirely irrelevant alleged factual material and editorialized statements."  ECF No. 7 (Mot. to Strike) at 2.  That Rule permits a court to "strike from a pleading . . . any redundant, immaterial, impertinent, or scandalous matter."  The Government concedes, however, that such motions "are generally disfavored."  Mot. to Strike at 2.  Here, moreover, the offending paragraphs take up only four pages and largely quote administration officials.  See Compl., ¶¶ 1–22.  They are hardly scandalous or prejudicial, and, to the extent the paragraphs are not strictly relevant to the Complaint — a point Plaintiff contests — the Court believes that judicial efficiency is far better served by not requiring Plaintiff to amend.

1

The Court accordingly ORDERS that:

1. Defendants' [7] Motion to Strike is DENIED; and

2. Defendants shall respond to the Complaint by February 2, 2026.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 21, 2026