UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT<br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE.,<br><br>Defendants. | Case No. 1:25-cv-03200-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's February 3, 2026 Minute Order, the parties have conferred via email and telephone and respectfully submit this Joint Status Report to advise the Court on the status of Plaintiffs' Freedom of Information Act ("FOIA") requests:

1.  This lawsuit concerns three similar, but not identical, Freedom of Information Act ("FOIA") requests that American Oversight sent to Defendants on July 29, 2025, seeking records from March 7 through April 7, 2025, relating to the training, guidance, and instructions given to agency personnel tasked with the review of files related to Jeffrey Epstein. Compl. ¶¶ 5, 31, ECF No. 1. Plaintiffs sent the request to two components of the Department of Justice ("DOJ")—the Office of Information Policy ("OIP") and Office of Legal Counsel ("OLC")—as well as to the Federal Bureau of Investigation ("FBI"). *Id.* ¶¶ 33-43. Plaintiff did not seek expedited processing and, when the components did not produce a final determination or production within 30 working days, filed suit. *Id.* ¶¶ 44-46. The Parties briefed Defendants' motion to strike, which was denied, and Defendants subsequently filed their Answer. ECF Nos. 7-11. The Court then ordered the Parties to meet and confer and provide a joint proposed schedule for further proceedings. Minute Order (Feb. 3, 2026).

2. The components are presently in the process of searching for responsive records and processing those records.

3. OLC will complete its search for potentially responsive records for part 1 of the request by March 1, 2026. OLC anticipates its first response by March 13, 2026, addressing part 1 of the request. OLC's search for potentially responsive records for parts 2, 3 and 4 of the request is ongoing and OLC anticipates that its initial search will be completed by April 1, 2026. OLC will provide an estimated processing rate and production schedule for parts 2, 3 and 4 in the parties' next joint status report, on March 27, 2026.

4. The FBI's search for records is ongoing. Although the search and responsiveness/deduplication review may continue in the background, the FBI anticipates providing its first production of the non-exempt segregable portion of records by April 15, 2026 and a second production of the non-exempt segregable portion of records by May 30, 2026. The FBI will provide an update, if available, regarding the volume of responsive records, a processing rate, and production schedule in the March 27, 2026 JSR.

5. OIP's search for records is ongoing. OIP will use its best efforts to complete its search and initial responsiveness/deduplication review of potentially responsive records by March 23, 2026. OIP anticipates providing a processing schedule in the parties' next joint status report on March 27, 2026.

6. Since Defendants' processing of Plaintiffs' FOIA requests is ongoing, the parties believe that it is premature to propose a briefing schedule, if one is necessary. Thus, the parties respectfully propose that the Court defer entering a schedule at this time.

7. The parties further propose that they file a joint status report on March 27, 2026, to update the Court on Defendants' processing of Plaintiffs' FOIA requests and propose a schedule for further proceedings, if necessary.

Dated: February 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Jason K. Altabet*
JASON K ALTABET
Trial Attorney (Md. Bar No. 2211280012)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Counsel for Defendants*

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
David Kronig
D.C. Bar No. 1030649

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3915
david.kronig@americanoversight.org
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*