UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>        Defendants. | Case No. 1:25-cv-03200-JEB |

## JOINT SCHEDULING PROPOSAL

Pursuant to the Court's instruction, the parties have conferred via email and telephone and respectfully submit this proposed briefing schedule with regard to Plaintiff's Motion for a Preliminary Injunction, ECF No. 14:

1.      The Parties propose that Defendants' opposition to the motion for preliminary injunction be filed by March 24, 2026.

2.      The Parties propose that Plaintiff's Reply, if any, in support of the motion for preliminary injunction be filed by March 26, 2026.

3.      To the extent the Court deems a hearing necessary, the Parties respectfully request that it be held either Friday, March 27, 2026 or Monday, March 30, 2026.

Dated: March 18, 2026                     Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General, Civil Division

                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director

                                          *s/ Steven Chasin*
                                          STEVEN CHASIN (D.C. Bar #495853)

1

Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0747
Email: Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*


*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
David Kronig
D.C. Bar No. 1030649

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 389-7424
david.kronig@americanoversight.org
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

2