DRAFT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

    Plaintiff,

       v.                       No. 1:25-cv-3200 (JEB)

U.S. DEPARTMENT OF JUSTICE, *et al*.,

    Defendants.

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to this Court's February 18, 2026, Minute Order to advise the Court on the status of Plaintiff's requests for records submitted pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, that are the subject of this lawsuit:

1.      Plaintiff submitted three FOIA requests to Defendants on July 25, 2025, seeking records from March 7 through April 7, 2025, relating to training, guidance, and instructions given to agency personnel tasked with the review of files related to Jeffrey Epstein. *See* Compl. ¶¶ 5, 31, ECF No. 1. Plaintiff submitted the request to two components of the Department of Justice ("DOJ")—the Office of Information Policy ("OIP") and the Office of Legal Counsel ("OLC")—as well as to the Federal Bureau of Investigation ("FBI"). *See id.* ¶¶ 33-43. Plaintiff did not seek expedited processing and, when the components did not produce a final determination or production within 30 working days, filed suit. *See id.* ¶¶ 44-46. Defendants filed their Answer on February 2, 2026, ECF No. 11.

2.      Since that time, OIP, OLC, and the FBI initiated searches for records potentially responsive to Plaintiff's FOIA requests and has begun processing Plaintiff's requests. On

February 17, 2026, the parties filed a joint status report. *See* Jt. Status Rep. ECF No. 13. Defendants stated in that report that the FBI anticipated providing its first and second productions of non-exempt, segregable portion of records by April 15 and May 30, 2026, respectively; and that OIP would use its best efforts to complete its search and initial responsiveness/deduplication review by March 23, 2026. *See id.* ¶¶ 2-5.

3.      On March 6, 2026, Plaintiff submitted a request to OIP, OLC, and the FBI for expedited processing of each request. *See* Decl. of Elizabeth Haddix, ECF No. 14-2. On March 13, 2026, OLC sent a letter to Plaintiff stating that it had completed processing of Plaintiff's FOIA request and had located no records responsive to Plaintiff's request, *see* Ltr. from Jared Kaprove to Elizabeth Haddix (March 13, 2026), ECF No. 17-1, thereby rendering Plaintiff's request for expedited processing moot.

4.      Plaintiff then filed a motion for a preliminary injunction on March 16, 2026, seeking an order requiring Defendants to produce responsive records by March 31, 2026. *See* Pl.'s Mot. for a Prelim. Inj., ECF No. 14. Plaintiff filed its motion before Defendants had responded to Plaintiff's requests for expedited processing. Shortly thereafter, OIP and the FBI timely denied Plaintiff's requests for expedited processing. *See* Decl. of Vanessa Brinkman, ECF No. 17-2; Decl. of Amie Npier, ECF No. 17-3. Defendants filed their opposition to Plaintiff's motion on March 24, 2026. *See* Defs.' Opp'n to Pl.'s Mot. for a Prelim. Inj., ECF No. 17. Plaintiff filed its reply in support of its motion on March 26, 2026. *See* Pl's. Reply in Supp. of Mot. for a Prelim. Inj., ECF No. 18.

5.      On March 24, 2026, Plaintiff asked Defendants if they would agree to produce all non-exempt records responsive to parts 1 and 3 of Plaintiff's requests, by April 3, 2026. Defendants did not agree to this proposal.

6.      OIP and the FBI have begun processing Plaintiff's FOIA request. OIP has undertaken steps to identify the locations and custodians reasonably likely to maintain any potentially responsive records. *See* Brinkman Decl. ¶ 20. OIP submitted a search request to the Justice Management Division's Office of the Chief Information Officer ("JMD/OCIO"), the office within the Department that maintains, as is relevant here, the electronic records for OIP, the Office of the Attorney General, and the Office of the Deputy Attorney General. *See id.* OIP is still searching for potentially responsive materials and does not yet have a complete picture of what its processing will entail. *See id.* ¶ 43.  JMD/OCIO is expected to return the initial search results to OIP no later than March 31, 2026, at which point OIP will begin conducting a responsiveness and de-duplication review of this material.  Once OIP has identified responsive material and obtained a page count, it can provide further updates as to a processing schedule, and can provide such an update to Plaintiff as soon as this process is complete.

7.      The FBI has initiated its search and is working to process records as soon as is practical. *See* Napier Decl. ¶ 30. The FBI conducted a search of the locations most reasonably likely to contain the records requested, and it has located, thus far, records which will be pre-processed that have previously been released under the FOIA, and approximately 1,500 additional potentially responsive pages. Additionally, the FBI is waiting for responses from its Congressional Oversight and Investigations Unit and its Office of Equal Employment Opportunity Affairs Unit. The FBI will make its first release on April 15, 2026, with continuing rolling productions beginning on May 30, 2026, until such time that all non-exempt, segregable portions of responsive documents have been produced.

8.      The parties propose to submit another joint status report in 45 days, or by May 11, 2026.

3

Dated: March 27, 2026

Respectfully submitted,

_/s/ Elizabeth Haddix_          BRETT A. SHUMATE
ELIZABETH HADDIX (D.C. Bar No.    Assistant Attorney General
90019750)
DAVID KRONIG (D.C. Bar No. 1030649)    ELIZABETH J. SHAPIRO
AMERICAN OVERSIGHT      Deputy Director
1030 15th Street NW, B255
Washington, DC 20005      _s/ James D. Todd, Jr._
(252) 359-7424        JAMES D. TODD, JR.
david.kronig@americanoversight.org    Senior Trial Counsel
elizabeth.haddix@americanoversight.org    U.S. DEPARTMENT OF JUSTICE
                Civil Division, Federal Programs Branch
_Counsel for Plaintiff_       P.O. Box 883
                Washington, DC 20044

                _Counsel for Defendants_

5