**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**AMERICAN OVERSIGHT,**

      **Plaintiff,**

      **v.**

**UNITED STATES DEPARTMENT OF
JUSTICE,** *et al.***,**

      **Defendants.**

**Civil Action No. 25-3200 (JEB)**

---

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that Plaintiff's [14] Motion for Preliminary Injunction is DENIED.


/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  April 3, 2026