**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | |
| Plaintiff, | |
| v. | No. 1:25-cv-3200 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, *et al*., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Jason Altabet respectfully withdraws his appearance in this matter. Defendants will continue to be represented by other counsel who have entered appearances on their behalf.

Dated: April 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Jason Altabet*
JASON ALTABET
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*