**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

    Plaintiff,

      v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

No. 1:25-cv-3200 (JEB)

**AMENDED JOINT STATUS REPORT**

The parties submit this joint status report pursuant to this Court's February 18, 2026, Minute Order to advise the Court on the status of Plaintiff's requests for records submitted pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, that are the subject of this lawsuit:

1.      Plaintiff submitted three FOIA requests to Defendants on July 25, 2025, seeking records from March 7 through April 7, 2025, relating to training, guidance, and instructions given to agency personnel tasked with the review of files related to Jeffrey Epstein. *See* Compl. ¶¶ 5, 31, ECF No. 1. Plaintiff submitted the request to components of the Department of Justice ("DOJ"), including the Office of Information Policy ("OIP"), the Office of Legal Counsel ("OLC"), and the Federal Bureau of Investigation ("FBI"). *See id.* ¶¶ 33-43. Defendants filed their Answer on February 2, 2026, ECF No. 11.

2.      OLC has completed its search for records and provided its final response to Plaintiff. OIP and the FBI are processing Plaintiff's FOIA request.

Defendants' Statement:

3.      OIP conducted an electronic search and has completed its initial responsiveness

and deduplication review of the potentially responsive material. OIP identified approximately 1,900 pages containing potentially responsive material and has begun its initial processing of those materials. OIP anticipates processing at least 350 pages per month, which includes application of FOIA exemptions and sending the records out for consultation with affected agencies. OIP plans to provide interim responses to Plaintiff on completion of each batch of consultations.

4.      The FBI made its first interim release on April 15, 2026. The FBI anticipates making its second interim release no later than May 30, 2026. The FBI anticipates making rolling monthly productions of approximately 250 pages per month and, barring any outstanding consultations with other government agencies, completing all productions by December 2026.

5.      Defendants disagree with Plaintiff's mischaracterizations of OIP's representations.

Plaintiff's Statement:

6.      Plaintiff has made diligent effort, through counsel, to negotiate with OIP a reasonable monthly processing rate that includes rolling production of non-exempt records. These requests have been pending for more than nine months. OIP has not explained why it will not agree, as part of its processing, to release non-exempt records on a rolling basis. These requests seek records reflecting instructions and training regarding Defendants' review of the Epstein Files. It is unjust, under the circumstances presented here, to allow OIP to continue to avoid a deadline by which it must begin producing responsive records.

7.      Plaintiff therefore asks the Court to order OIP to process 500 pages per month and to release, on a rolling basis, non-exempt records by the end of each month.

2

8.      The parties propose to submit another joint status report in 45 days, or by June 25, 2026.

Dated: May 12, 2026

Respectfully submitted,

/s/ Elizabeth Haddix
ELIZABETH HADDIX (D.C. Bar No. 90019750)
BENJAMIN SPARKS (D.C. Bar No. 90020649)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*