**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, *et al*.,

Defendants.

No. 1:25-cv-3200 (JEB)

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to this Court's May 15, 2026, Minute Order to advise the Court on the status of Defendants' response to Plaintiff's requests for records submitted pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, that are the subject of this lawsuit:

1. Plaintiff submitted three FOIA requests to Defendants on July 25, 2025, seeking records from March 7 through April 7, 2025, relating to training, guidance, and instructions given to agency personnel tasked with the review of files related to Jeffrey Epstein. *See* Compl. ¶¶ 5, 31, ECF No. 1. Plaintiff submitted the request to components of the Department of Justice ("DOJ"), including the Office of Information Policy ("OIP"), the Office of Legal Counsel ("OLC"), and the Federal Bureau of Investigation ("FBI"). *See id.* ¶¶ 33-43. Defendants filed their Answer on February 2, 2026, ECF No. 11.

2. OLC completed its search for records and provided its final response to Plaintiff. Pursuant to this Court's Minute Order, OIP and the FBI are processing Plaintiff's FOIA request at a rate of 350 pages per month. OIP issued an interim response on July 31, 2026, notifying Plaintiff that OIP processed 471 pages of responsive records. OIP issued an interim response on

August 28, 2026, notifying Plaintiff that OIP processed 412 pages of responsive records. OIP will issue another response to Plaintiff on September 30, 2026, which will include the pages that have completed the consultation process. The FBI issued an interim response on July 31, 2026, notifying Plaintiff it processed 361 pages of responsive records. The FBI issued an interim response on August 31, 2026, notifying Plaintiff it processed the remaining 313 pages of responsive records. The FBI anticipates issuing its next response to Plaintiff on or about September 30, 2026, which will contain the segregable, non-exempt portions of all outstanding consult material.

3. Pursuant to this Court's Minute Order, the parties will submit another joint status report in 60 days, or by November 13, 2026.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Elizabeth Haddix*
ELIZABETH HADDIX (D.C. Bar No. 90019750)
BENJAMIN SPARKS (D.C. Bar No. 90020649)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*