**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, *et al*.,

Defendants.

No. 1:25-cv-3200 (JEB)

**NOTICE OF APPEARANCE**

Please take notice that Steven Chasin, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, will be appearing on behalf of Defendants in this matter.

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*s/ Steven Chasin*
STEVEN CHASIN (D.C. Bar #495853)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0747
Email: Steven.M.Chasin2@usdoj.gov

*Counsel for Defendants*